Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD GOLBAZ, | Case No. CV 16-7976 RGK (SSx) |
| Plaintiff, | |
| v. | **ORDER SUMMARILY REMANDING** |
| JOSE ESTRADA, | **IMPROPERLY-REMOVED ACTION** |
| Defendant. | |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On October 26, 2016, Defendant Jose Estrada, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented applications to proceed in forma pauperis. The Court has denied the latter applications under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1    Simply stated, this action could not have been originally

2    filed in federal court because the complaint does not competently

3    allege facts supporting either diversity or federal-question

4    jurisdiction, and therefore removal is improper. 28 U.S.C.

5    § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545

6    U.S. 546, 563 (2005). Defendant's Notice of Removal asserts that

7    federal question or diversity jurisdiction is based upon

8    Defendant's defenses or his Cross-Complaint. (Notice Of Removal

9    at 2-4). These allegations are inadequate to confer federal

10   jurisdiction. See Merrell Dow Pharmaceuticals, Inc. v. Thompson,

11   478 U.S. 804, 808 (1986) ("A defense that raises a federal question

12   is inadequate to confer federal jurisdiction."); Metro Ford Truck

13   Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 327 (5th Cir. 1998)

14   (removal cannot be based on a counterclaim).

15

16    Accordingly, IT IS ORDERED that (1) this matter be REMANDED

17   to the Superior Court of California, County of Los Angeles, Long

18   Beach Judicial District, 275 Magnolia, Long Beach, CA 90802, for

19   lack of subject matter jurisdiction pursuant to 28 U.S.C.

20   § 1447(c); (2) the Clerk send a certified copy of this Order to

21   the state court; and (3) the Clerk serve copies of this Order on

22   the parties. IT IS SO ORDERED.

23

24   DATED: NOV 1 8 2016

25                                    _____
                                      R. GARY KLAUSNER
26                                    UNITED STATES DISTRICT JUDGE

27

28

                                     2